467 A.2d 60

Commonwealth v. Noyes, Appellant.

Argued January 26, 1983. Thomas Bowles Steiger, Jr., for

appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.